# IPP International U.G. Declaration Exhibit A
# File Hashes for IP Address 73.136.135.133

**ISP:** Comcast Cable
**Physical Location:** Houston, TX

| Hit Date UTC | File Hash | Title |
| --- | --- | --- |
| 03/27/2018 16:54:09 | E1780D8C24DD2AE165C35DBC7ED14517D75482B6 | Stripshow Sex |
| 02/06/2018 06:54:30 | B5B35285D69B3A88A7E3340A3B4E16E8E248EF10 | Deeper and Deeper |
| 01/24/2018 21:10:27 | B72B204D1B19174D813D6B914782BD078F0147F7 | Hot Coffee |
| 01/06/2018 19:22:43 | E4E29BB20D55A337B716CEF1048A095612CEA407 | Hot and Wet |
| 12/16/2017 10:17:05 | 2603421EF6EDDFD5C5EFB8F5BB79768698787247 | Your Luckiest Night |
| 12/05/2017 19:47:53 | 7D0726EF659D2AE7BD0C4EC5A5A645BAFE939672 | Watch Me Cum For You |
| 11/20/2017 22:36:33 | 2D6608CBEE5DD01B6DBAED28797E8D8DDA5373AC | Fill Her Up |
| 09/16/2017 09:40:04 | 2F80129F1FDA143B1E56E8CC37C7CB5E10D99839 | Piano Concerto |
| 08/07/2017 02:59:25 | 8FA1AB42DC1C48CF3855FB7B92C0BA37782BA12F | Emerald Love |
| 08/01/2017 19:49:11 | BF9F10165C9A8C538DDA991A57BA6CC876C65BE0 | Sex For Three By The Sea |

**Total Statutory Claims Against Defendant: 10**